IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRINCE KEYTON BURFORD,

    Petitioner,        No. CIV S-06-1297 FCD KJM P

    vs.

JAMES YATES, Warden,

    Respondents.        ORDER

_____/

    Petitioner has filed a motion for the entry of a default judgment, arguing that respondent has failed to comply with the court's order directing respondent to answer the habeas petition and file the state court records necessary for a resolution of the petition.

    Petitioner's factual premise is incorrect: respondent timely filed an answer on March 9, 2007 and lodged the state court records on March 23, 2007.  Moreover, a petitioner is not entitled to a default judgment even if the respondent fails to respond to claims raised in a habeas petition.  Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990).

    IT IS HEREBY ORDERED that petitioner's motion for the entry of default judgment (docket no. 15) is denied.

DATED: September 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2/burf1297.nd