# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| PRINCE KEYTON BURFORD,<br><br>               Petitioner,<br>v.<br>JAMES YATES, WARDEN,<br><br>               Respondent. | Case No.  2:06-CV-1297-MMS<br><br>ORDER TO SHOW CAUSE |

Petitioner, a California prisoner, filed a pro se petition for writ of habeas corpus pursuant to 28 U. S. C. § 2254. On March 30, 2009, the court denied petitioner's petition on the merits and entered judgment. Petitioner's application for a certificate of appealability ("COA") was filed on May 1, 2009. Although petitioner did not file a separate notice of appeal ("NOA"), the court construes his COA as such. *See Tinsley v. Borg*, 895 F.2d 520, 523 (9th Cir. 1990).

Federal Rules of Appellate Procedure requires that a notice of appeal "be filed with the clerk of the district court within 30 days after the entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1). Thus, petitioner's COA was filed two days after it was due (April 29). A petition from an incarcerated person, however, is "constructively filed" on the date he delivers it to prison

authorities for mailing to the court. *See Houston v. Lack*, 487 U.S. 266, 276 (1988) (notice of appeal by pro se prisoner was "filed" at the time it was delivered to the prison authorities for forwarding to the court clerk); *Douglas v. Noelle*, 567 F.3d 1103, 1108 (9th Cir. 2009) ("We explicitly noted . . . that the advisory committee notes 'ma[d]e clear' that 'Rule 4(c) was intended to formalize the constructive filing rule of *Houston*.'") (quoting *Koch v. Ricketts*, 68 F.3d 1191, 1193 (9th Cir.1995)). Timely filing under this system may be shown by a declaration in compliance with 28 U.S.C. § 1746 or by a notarized statement. Fed. R. App. P. 4(c)(1).

Unfortunately, petitioner did not provide any proof of compliance. Moreover, the NOA is not even dated. Absent evidence that the COA was constructively filed on or before April 29, 2009, it must be denied as untimely.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, the petitioner shall show cause why this COA should not be denied as untimely.

DATED:     March 31, 2011

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation

2